**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 10 EAL 2023

        Respondent    :

                       :   Petition for Allowance of Appeal

                       :   from the Order of the Superior Court

        v.                      :

                       :

ANTHONY BRASWELL,          :

                       :

        Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.